# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angel Servin,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>Spalding Commercial, LLC; Tobias Miller, in his Personal Capacity and as the Trustee of Spalding Commercial, LLC's Assets; and Does 1-10, Inclusive,<br><br>　　　　Defendant. | Case No.: ED CV 18-1166-DMG (AGRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II) [15]** |

Based on the parties' Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The above-captioned action is DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Angel Servin's claims and causes of action.
2. The parties are to bear their respective costs and attorneys' fees as against each other.

DATED:  October 22, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE